JOHN SHERMAN v. H. & B. WOLF & Co., INC.— Application denied, with ten

dollars costs and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.